AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT - 8 2015

David J. Bradley, Clerk

United States of America
v.
Felipe GONZALEZ-Ramirez MxCz Dob:1985
Daniel MARTINEZ-Galaviz MxCz Dob:1980

Case No. M-15-1753-M

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  10/07/2015  in the county of  Starr  in the  Southern  District of Texas , the defendant violated  Title 21  U.S.C. §  841(a)(1), 846 , an offense described as follows:

Knowingly and Intentionallly Possess, With Intent to Distribute Approximately 217.4 kilograms of marijuana, a Schedule 1 Controlled Substance

Knowingly and Intentionally Conspire to Possess with Intent to Distribute Approximately 217.4 kilograms of marijuana, a Schedule 1 Controlled Substance

This criminal complaint is based on these facts:
See Attachment A

Approved by
Robert L. Oh

☑ Continued on the attached sheet.

*Complainant's signature*

DEA Task Force Officer David Ponce
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/08/2015  8:36 a.m.

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

## ATTACHMENT "A"

On October 07, 2015, U.S. Border Patrol Agents responded to Los Velas Farms along the Rio Grande River in Rio Grande City, Texas due to activity on a U.S Border Patrol monitored surveillance camera. Agents observed what appeared to be three male subjects walking from the Rio Grande River carrying what appeared to be bundles of narcotics. Upon responding to the area, U.S. Border Patrol Agents located foot prints leading to the brush. Upon following the foot prints, Agents located two bundles of narcotics. Agents continued to follow the foot prints and located two subjects approximately 20 yards from the bundles. In total, U.S. Border Patrol Agents located 7 bundles of narcotics and detained to males identified as Felipe GONZALEZ-Ramirez and Daniel MARTINEZ-Galaviz.

Agents transported the narcotics to the Rio Grande City Border Patrol Station along with GONZALEZ-Ramirez and MARTINEZ-Galaviz. Agents processed the 7 bundles of narcotics and found them to test positive for marijuana and weighed 217.4 kilograms. TFO David Ponce and TFO Cosme Muniz responded to the Rio Grande City Border Patrol Station and interviewed both GONZALEZ-Ramirez and MARTINEZ-Galaviz. Both GONZALEZ-Ramirez and MARTINEZ-Galaviz were read their Miranda Rights and both provided statements to Agents. GONZALEZ-Ramirez and MARTINEZ-Galaviz both provided statements indicating they willfully participated in the transport of marijuana in exchange for being allowed to cross into the United States without having to pay. GONZALEZ-Ramirez and MARTINEZ-Galaviz stated they were unable to identify any of the co-conspirators who agreed to cross them into the United States. Both provided statements indicating their involvement in the seizure and both agreed two of the seven bundles seized by the U.S. Border Patrol were bundles they each carried.

The case was accepted for federal prosecution and GONZALEZ-Ramirez and MARTINEZ-Galaviz were arrested for Possession/Conspiracy of Approximately 217.4 kilograms of marijuana.